IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKIE DICKSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:06cv0886 |
| SIZEMORE SECURITY INTERNATIONAL, INC., | ) Judge Thomas A. Wiseman, Jr. |
| Defendant. | ) |

## ORDER OF FINAL JUDGMENT

Plaintiff Jackie Dickson has asserted claims arising from the termination of his employment under Tennessee common law, the Tennessee Human Rights Act, and the Tennessee Public Protection Act. This Court has jurisdiction pursuant to 28 U.S.C. § 1332. Before the Court is the Motion for Summary Judgment (Doc. No. 14) filed by Defendant Sizemore, Inc. d/b/a Sizemore Security, incorrectly named in the pleadings as Sizemore Security International, Inc. ("Sizemore"). The motion has been fully brief and is ripe for consideration.

As discussed in the accompanying Memorandum Opinion, the Court finds that there are no disputed issues of material fact, and the undisputed facts demonstrate that Sizemore is entitled to judgment in its favor as a matter of law as to each of Dickson's claims.

Accordingly, the Motion for Summary Judgment (Doc. No. 14) is hereby **GRANTED**; judgment is entered in favor of the defendant, and this matter is **DISMISSED**.

It is so **ORDERED**.

This is a final appealable judgment for purposes of Fed. R. Civ. P. 58.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge